**Sterling MORTON, Margaret Gray Morton, Joseph M. Cudahy, Wirt Morton, and Daniel Peterkin, Executors of the Last Will and Testament of Joy Morton, Deceased, Plaintiffs-Appellees, v. The UNITED STATES of America, Defendant-Appellant.**

No. 6830.

Circuit Court of Appeals, Seventh Circuit.

Dec. 20, 1938.

William J. Campbell, of Chicago, Ill., for the United States.

Stearns & Jones, of Chicago, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present a stipulation to docket this cause and dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between the parties hereto that the appeal taken by the defendant herein, the United States of America, may be and the same should be hereby docketed and dismissed."

On consideration whereof, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.

**W. H. MOULTON, Petitioner, v. Guy T. HELVERING, Commissioner, etc.**

No. 11082.

Circuit Court of Appeals, Eighth Circuit.

Feb. 11, 1939.

Stanley S. Waite, of St. Louis, Mo., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Frank M. Thompson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to Board of Tax Appeals for further consideration and action by the Board, per stipulation of parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ALASKAN GLACIER SEA FOOD COMPANY, a Corporation, Respondent.**

No. 9119.

Circuit Court of Appeals, Ninth Circuit.

March 13, 1939.

Charles Fahy, Gen. Counsel, and Robert B. Watts, Associate Gen. Counsel, both of Washington, D. C., for petitioner.

N. C. Banfield, of Juneau, Alaska, and James J. Molthan, of Seattle, Wash., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered petition to enforce granted, and a decree filed and entered accordingly.